IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MARK ARDIRE | ) | CASE NO. 1:09CV656 |
| | ) | |
| Plaintiff, | ) | JUDGE ALDRICH |
| | ) | |
| vs. | ) | |
| | ) | |
| WASHINGTON MUTUAL INC., *et al.* | ) | **STIPULATED DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| Defendant. | ) | |

  Plaintiff and Defendant Chase Bank USA, N.A. hereby stipulate to the dismissal of Plaintiff's action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and (ii), which dismissal terminates this action in its entirety. Costs shall be split equally between the parties.

s/Mark Ardire (per authorization)
Mark Ardire
925 Bassett Road
Westlake, Ohio 44145

*Pro Se Plaintiff*

s/David D. Yeagley
David D. Yeagley (0042433)
ULMER & BERNE LLP
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113
Tel.: (216) 583-7000
Fax: (216) 583-7001
dyeagley@ulmer.com

*Attorney for Defendant
Chase Bank USA, N.A.*

IT IS SO APPROVED:

Dated:_____   _____
                   JUDGE ALDRICH
                   United States District Court,
                   Northern District of Ohio

## CERTIFICATE OF SERVICE

I certify that on March 1, 2010, I filed the foregoing electronically. All parties will receive notice of this filing through the Court's electronic filing system and may access the filing through the Court's system. The following was also served via first class mail, postage prepaid, at the following address:

Mark Ardire
925 Bassett Road
Westlake, Ohio 44145

*Pro Se Plaintiff*

                                        s/David D. Yeagley
                                        David D. Yeagley    (0042433)

                                        *Attorney for Defendant*
                                        *Chase Bank USA, N.A.*

1823939